# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: ) ) ) The Katylyn Goodiron Residence Located ) at 203 Chief Dragswolf Avenue, New ) Town, North Dakota. ) | **ORDER** Case No. 1:16-mj-091 |

On motion of the Government and for the reasons stated in support of its motion, it is **ORDERED** that the Search Warrant and Application and Affidavit for Search Warrant, with attachments, including the Affidavit of Special Agent Bruce Bennett, Federal Bureau of Investigation, Search Warrant Return, and the Government's Motion to Seal shall remain under seal until October 15, 2016.

Dated this 18th day of April, 2016.

                                                              */s/ Charles S. Miller, Jr.*
                                                              Charles S. Miller, Jr., Magistrate Judge
                                                              United States District Court